**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

No. 09-8155

DONALD LOUIS COLBERT, JR.,

        Plaintiff - Appellant,

    v.

MILDRED RIVERIA; ANITA JONES; RIKANTAS MAJAUSKAS, MD;
HARRELL WATTS, Administrator,

        Defendants – Appellees,

    and

HARRY LEPPIN, a/k/a Harley G. Lappin, Director of FBOP,

        Defendant.

Appeal from the United States District Court for the District of
South Carolina, at Charleston.  Cameron McGowan Currie, District
Judge.  (2:09-cv-00848-CMC)

Submitted:  February 18, 2010     Decided:  February 26, 2010

Before WILKINSON, MICHAEL, and KING, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Donald Louis Colbert, Jr., Appellant Pro Se.  Barbara Murcier
Bowens, Assistant United States Attorney, Columbia, South
Carolina, for Appellees.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Donald Louis Colbert, Jr., appeals the district court's order accepting the recommendation of the magistrate judge and denying relief on his complaint filed pursuant to Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics, 403 U.S. 388 (1971). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. Colbert v. Riveria, No. 2:09-cv-00848-CMC (D.S.C. Oct. 21, 2009). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED